In re:                                                          Case No. 18-04198-RNO
Deborah L Benjamin                                              Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: DaneishaD        Page 1 of 1         Date Rcvd: Nov 15, 2019
                            Form ID: pdf010        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Deborah L Benjamin,    711 Griffin Pond Road,    South Abington Twp, PA 18411-8830
5139613         Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, Indiana 46037-9764
5137751        +Hyundai Capital America DBA,    Kia Motors Finance,   PO Box 20825,
                Fountain Valley, CA 92728-0825
5115825        +PHH Mortgage,   1 Mortgage Way SV09,   Mount Laurel NJ 08054-4624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Nov 15 2019 19:52:51
                Hyundai Capital America(HCA) DBA Kia Motors Financ,   PO Box 20809,
                Fountain Valley, CA 92728-0809
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 19:50:37
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5240473        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 19:50:06      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
            John  Fisher    on behalf of Debtor 1 Deborah L Benjamin johnvfisher@yahoo.com,
             fisherlawoffice@yahoo.com
            Mario John Hanyon    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pamb@fedphe.com
            Thomas  Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pamb@fedphe.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEBORAH BENJAMIN       :       CHAPTER 13
                                       :
                                       :
            Debtor              :       CASE NO.: 5:18-bk-04198

## ORDER

A Motion to Dismiss the above captioned case having been filed by Debtor, it is

ORDERED that the above captioned case is dismissed.

Dated: November 15, 2019            By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)